No. 81–2402.   PERFORMANCE PRODUCTS, INC. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–739.   JUREN ET AL. *v.* UNITED STATES.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 82–873.   RICE ET AL. *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–900.   MIDDLETON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–1008.   COUNTY OF VENTURA *v.* TILLETT.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 82–1109.   KEARNEY & TRECKER CORP. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 82–1137.   AMERICAN RADIO ASSN. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. 2d Cir. Certiorari denied.

No. 82–1171.   EVERETT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–1244.   CITYTRUST ET AL. *v.* JOY; and
No. 82–1309.   BALDWIN ET AL. *v.* JOY.   C. A. 2d Cir. Certiorari denied.

No. 82–1274.   TIMBERLAND MACHINES & ENGINEERING CORP. ET AL. *v.* MAINLAND INDUSTRIES, INC.   Ct. App. Ore.   Certiorari denied.